# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CURTIS L. DAILEY,                               :

    Plaintiff,                               :

vs.                                             :        CA 15-0166-C

CAROLYN W. COLVIN,                              :
Acting Commissioner of Social Security,
                                                :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 18th day of April, 2016.

                                        s/WILLIAM E. CASSADY
                                      **UNITED STATES MAGISTRATE JUDGE**